UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. SORENSON SMITH,

    Plaintiff,

v.        Case No: 2:13-cv-502-FtM-38UAM

RJM ACQUISITIONS FUNDING, LLC,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court upon *Sua Sponte* Review of the Docket. The Court notes the Parties have not yet filed a case management report. Pursuant to the Local Rules

> Counsel and any unrepresented parties shall meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant, regardless of the pendency of any undecided motions, for the purpose of preparing and filing a Case Management Report . . . The Case Management Report must be filed within 14 days after the meeting. Unless otherwise ordered by the Court, a party may not seek discovery form any source before the meeting.

M.D. Fla. Local Rule 3.05(c)(2)(B).

In this instance, the Defendant made its initial appearance on July 10, 2013, (Doc. #1) and yet to date the Parties have failed to file their Case Management Report

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

with the Court and the time to do so has expired. The Parties are therefore ordered to Show Cause in writing why the Case Management Report has not been filed or in the alternative to file the Report.

Accordingly, it is now

**ORDERED:**

The Parties shall **Show Cause** in writing why the Case Management Report has not been filed or shall file a Case Management Report with the Court on or before **October 7, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record