UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. SORENSON SMITH,

       Plaintiff,

v.                                         Case No:  2:13-cv-502-FtM-38UAM

RJM ACQUISITIONS FUNDING,
LLC,

       Defendant.
_____/

**ORDER[1]**

This matter comes before the Court on Joint Motion to Permit Case Management Report Meeting of Counsel by Telephone (Doc. #15) filed on October 7, 2013. On October 2, 2013, this Court issued an Order to Show Cause regarding why the Parties had not timely filed a Case Management Report or in the alternative to file the Report. (Doc. #13). The Parties complied with this Order by filing the Report on October 7, 2013. (Doc. #14). However, the Parties in hindsight request permission to attend the Case Management Report by telephone.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Joint Motion to Permit Case Management Report Meeting of Counsel by Telephone (Doc. #15) is **GRANTED nunc pro tunc**.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record