UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. SORENSON SMITH,

    Plaintiff,

v.                                      Case No: 2:13-cv-502-FtM-38CM

RJM ACQUISITIONS FUNDING,
LLC,

    Defendant.

## ORDER

This matter comes before the Court upon review of the file. On July 10, 2014, the Court granted Plaintiff's motion to compel mediation and ordered the parties to mediate no later than August 10, 2014. Docs. 32, 35. The Court also took under advisement Plaintiff's motion for extension of the case management deadlines and ordered the parties to meet and confer no later than July 21, 2014 and file a proposed case management plan with the Court no later than July 25, 2014. Docs. 31, 35. The parties failed to do so. Instead, on July 30, 2014, counsel for Plaintiff filed an Amended Notice of Mediation (Doc. 37), informing the Court that a mediation conference has been scheduled for September 5, 2014.[1]

At the outset, the Court notes that the parties not only failed to file a proposed case management plan as ordered, neither party sought leave of Court before

---

[1] Plaintiff's counsel filed the original Notice of Mediation on July 21, 2014 (Doc. 36). The Amended Notice identifies a different location for the mediation conference, but the date and time remain the same.

scheduling the mediation beyond the August 10, 2014 deadline – the deadline that was specifically requested by Plaintiff.[2] The Court recognizes that "[m]ediation is an important tool used in the dispute resolution process" and that the belated mediation in this matter renders some of the current case management deadlines unworkable. *Nipper v. Lakeland Hotel Investors, Ltd.*, No. 8:10-cv-498-T-33EAJ, 2010 WL 4941718, at *5 (M.D. Fla. Nov. 30, 2010).

The Court will therefore extend the pending case management deadlines without the benefit of a proposal from the parties. Going forward, however, the Court cautions the parties that deadlines are not merely suggestions that can be ignored. *See VIPRE Systems LLC v. NITV LLC*, No. 6:06-cv-1631-Orl-28KRS, 2007 WL 1231825, at *1 (M.D. Fla. Apr. 26, 2007) ("A party may not simply ignore a deadline established by rules or orders of the Court . . . ."). Continued failure to comply with Court orders and deadlines may result in the imposition of sanctions.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Extend the Deadlines Contained in the Civil Case Plan and Order Deadlines (Doc. 31) is **GRANTED**. An amended case management and scheduling order will be entered under separate cover.

---

[2] Plaintiff's Motion to Compel Mediation requested that the Court "enter an order compelling the parties to mediate within thirty (30) days of any order compelling mediation." Doc. 32 at 3.

**DONE** and **ORDERED** in Fort Myers, Florida on this 31st day of July, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record